[No. 27031-1-I.    Division One.    December 14, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY
N. HACKING, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 89-1-01253-1, Daniel T. Kershner, J., entered September 26, 1990. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Baker and Agid, JJ.

[No. 29330-3-I.    Division One.    December 14, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
PERRY, *Petitioner*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-01483-0, Sally Pasette, J., entered September 12, 1991. *Reversed* by unpublished per curiam opinion.

[No. 30765-7-I.    Division One.    December 14, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. PERRY
ZUVELA, *Petitioner*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 91-1-01162-6, Ronald L. Castleberry, J., entered May 4, 1992. *Reversed* by unpublished per curiam opinion.